## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

VICTOR S. DUNCAN, SR.,

      Plaintiff,

v.                                    CASE NO.  4:06cv14-RH/WCS

LEON COUNTY DETENTION
FACILITY, et al.,

      Defendants.

_____/

### ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 12), to which no objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "This action is DISMISSED without prejudice."  The clerk shall close the file.

SO ORDERED this 1st day of June, 2006.

                                  s/Robert L. Hinkle_____
                                  Chief United States District Judge